UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 22-CV-23119-ALTONAGA/Damian

JAMES WATSON,

    Plaintiff,
v.

WHY I AM LLC.,
d/b/a Copper Blues Rock Pub & Kitchen

    Defendant.
_____/

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

COMES NOW Plaintiff, JAMES WATSON, by and through the undersigned counsel, pursuant to Rule 41(a), Fed. R. Civ. P., hereby gives notice that he voluntarily dismisses this action with prejudice against, Defendant, WHY I AM LLC., d/b/a Copper Blues Rock Pub & Kitchen, and respectfully requests this Court to terminate the action.

Respectfully submitted on this December 19, 2022.

By: */s/ J. Courtney Cunningham*
J. Courtney Cunningham, Esq.
FBN: 628166
J. COURTNEY CUNNINGHAM, PLLC
8950 SW 74th Court, Suite 2201
Miami, Florida 33156
T:  305-351-2014
cc@cunninghampllc.com
legal@cunninghampllc.com

*Counsel for Plaintiff*

**Watson v. Why I Am LLC.**  
**Case No.: 22-cv-23119-CMA**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this December 19, 2022, an electronic copy of the foregoing document was filed with the Clerk of Court using the CM/ECF system which will send notice of electronic filing to all parties and Counsel of record.

By: */s/ J. Courtney Cunningham*  
J. Courtney Cunningham, Esq.  
FBN: 628166  
J. COURTNEY CUNNINGHAM, PLLC  
8950 SW 74th Court, Suite 2201  
Miami, Florida 33156  
T:  305-351-2014  
cc@cunninghampllc.com  
legal@cunninghampllc.com

*Counsel for Plaintiff*